IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARC G. CRAVEN,

                                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                              12-cv-524-wmc

v.

SHERIFF DAVID MAHONEY,
CAPTAIN JEFFERY TUESCHER,
CHIEF DEPUTY JEFF HOOK, LT. MARK
TWOMBLY, SGT. THOMAS SANKEY,
SGT. SIEREN, SGT. SIMPSON AND
JENNIFER FRISQUE,

    Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying plaintiff leave to proceed and dismissing his claims against Captain Jeffery Tuescher, Chief Deputy Jeff Hook, Lt. Mark Twombly, Sgt. Thomas Sankey, Sgt. Sieren, Sgt. Simpson; and

      (2) granting Sheriff David Mahoney and Jennifer Frisque's motions for summary judgment and dismissing this case.

| /s/ | 11/18/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |